1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YUVON POTTER,                              ) Case No. CV 16-756 R(JC)
                                           )
                    Petitioner,            )
                                           )
              v.                           ) JUDGMENT
                                           )
S. SHERMAN, Warden,                        )
                                           )
                    Respondent.            )
_____    )

    Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

    DATED: February 5, 2016

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE